**STATE of Missouri, Respondent,**

v.

**David O. JONES, Appellant.**

**No. WD 61476.**

Missouri Court of Appeals, Western District.

June 17, 2003.

Kent Denzel, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, and Richard A. Starnes, Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. David O. Jones appeals from his conviction for statutory rape and statutory sodomy. For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).